UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY MURRAY,

        Plaintiff,                      Case No. 2:22-cv-11652
                                                      Hon. Nancy G. Edmunds

v.

PETER WATSON,

        Defendant.
_____/

**ORDER SUMMARILY DISMISSING CASE**

On July 19, 2022, Gregory Murray, a Michigan inmate, filed a pro se civil rights complaint, asserting a medical provider at his prison acted with deliberate indifference to a serious medical need. Plaintiff did not pay the required filing fee, and his application to proceed in forma pauperis failed to include all of the necessary supporting documentation. The Court issued an Order to Correct Deficiency, informing Plaintiff of the documents that were missing from his application, and notifying him that if he did not correct his filing deficiency by August 22, 2022, the case may be dismissed. Plaintiff responded by filing another copy of the certificate of prisoner account statement that he originally submitted. Plaintiff failed to file the required IFP application or an authorization to withdraw funds from his trust account.

The time for correcting the deficiency has now passed. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution. *See* FED. R. CIV. P. 41(b), *Erby v. Kula*, 113 F. App'x. 74, 75-6 (6th Cir. 2004); *Davis v. United States*, 73 F. App'x. 804, 805 (6th Cir. 2003). If Plaintiff is desirous of pursuing a civil action, he may initiate a new action by filing a new complaint with a properly completed and supported application to proceed in forma

pauperis.

**IT IS SO ORDERED.**

s/ Nancy G. Edmunds
Hon. Nancy G. Edmunds
United States District Judge

Dated: September 20, 2022