UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY MURRAY,

    Plaintiff,

v.

PETER WATSON,

    Defendant.

_____/

Case No. 22-11652

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S SEPTEMBER 20, 2023 REPORT AND RECOMMENDATION [39]**

This is a pro se prisoner civil rights lawsuit filed under 42 U.S.C. § 1983 by Plaintiff Gregory Murray. (ECF No. 1.) The case has been referred to Magistrate Judge Patricia T. Morris for all pre-trial matters. (ECF No. 14.) Before the Court is the Magistrate Judge's report and recommendation to grant Defendant Peter Watson's motion to dismiss and deny Plaintiff's motions and requests as moot. (ECF No. 39.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court has reviewed the matter and agrees with the Magistrate Judge. Thus, the Court ACCEPTS AND ADOPTS the report and recommendation (ECF No. 39). Accordingly, Defendant's motion to dismiss (ECF No. 19) is GRANTED and Plaintiff's motions and requests (ECF Nos. 26, 33, 34, 35, 37) are DENIED as moot.

    SO ORDERED.

Dated: October 12, 2023

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 12, 2023, by electronic and/or ordinary mail.

                                             s/Lisa Bartlett
                                             Case Manager