UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY MURRAY,

    Plaintiff,

v.

PETER WATSON,

    Defendant.

_____/

Case No. 22-11652

Honorable Nancy G. Edmunds

**JUDGMENT**

In accordance with the Court's order accepting and adopting the Magistrate Judge's report and recommendation entered this date,

IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of Defendant, and this case is DISMISSED.

SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: October 12, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 12, 2023, by electronic and/or ordinary mail.

    s/Lisa Bartlett
    Case Manager